|   |   |
|---|---|
| 1 | Mary McNamara, SBN 147131 |
| 2 | August Gugelmann, SBN 240544 |
|   | SWANSON & McNAMARA LLP |
| 3 | 300 Montgomery Street, Suite 1100 |
|   | San Francisco, California 94104 |
| 4 | Telephone: (415) 477-3800 |
|   | Facsimile: (415) 477-9010 |
| 5 |   |
|   | Attorneys for MICHAEL ORTIZ, SR. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.   CR 12-0119 SI |
|---|---|
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~]** |
| vs. | **ORDER TO CONTINUE HEARING ON MOTION TO REVOKE DETENTION ORDER** |
| MICHAEL ORTIZ, SR., |  |
| Defendant. |  |

Defendant Michael Ortiz., Sr., by and through Mary McNamara, and the United States, by and through Assistant United States Attorneys Wilson Leung and Acadia Senese, hereby stipulate and agree to continue the hearing on Mr. Ortiz's sealed Motion for Revocation of Magistrate Judge's Detention Order, currently set for March 1, 2013 at 11:00 a.m., to April 26, 2013 at 11:00 a.m., or as soon thereafter as is convenient to the Court and the parties.  The

parties further stipulate and agree that the United States will file its opposition to the motion on or before April 19, 2013, and that Mr. Ortiz will file any reply on or before April 12, 2013.

On January 18, 2013, the Court filed an order regarding motion notices (docket 472), pursuant to which counsel are to notice all hearings for all defendants in this case. Because the bail motion at issue here relates only to defendant Michael Ortiz, Sr., and was filed before the Court's January 18 order, and after consultation with the courtroom deputy in connection with a previous continuance stipulation to continue the same hearing, this hearing is noticed for defendant Michael Ortiz, Sr., only.

IT IS SO STIPULATED.

Dated: February 25, 2013                             /s/
                                                    Mary McNamara
                                                    August Gugelmann
                                                    SWANSON & McNAMARA LLP
                                                    Attorneys for MICHAEL ORTIZ, SR.

Dated: February 25, 2013                             /s/
                                                    Wilson Leung
                                                    Acadia Senese
                                                    Assistant United States Attorneys

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The hearing currently set for March 1, 2013 at 11:00 a.m. is continued to April 26, 2013 at 11:00 a.m. The government is to file its opposition to defendant's Motion for Revocation of Magistrate Judge's Detention Order on or before April 19, 2013, and the defense is to file any reply on or before April 12, 2013.

IT IS SO ORDERED.

Dated: 2/27/13                                       _____
                                                    Hon. Susan Illston
                                                    United States District Court